UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
**FILED**

AUG 07 2018

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | CRIMINAL NO. **B-18-592** |
| **STEVEN JOSEPH CHRISTOPHER** | § | |

## SEALED INDICTMENT

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

THE GRAND JURY CHARGES:

On or about June 19, 2018, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendant,

**STEVEN JOSEPH CHRISTOPHER,**

did knowingly and willfully threaten to take the life of Donald John Trump, President of the United States of America.

In violation of Title 18, United States Code, Sections 871.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

ISRAEL CANO III
Assistant United States Attorney