United States District Court
Southern District of Texas
**ENTERED**
October 11, 2018
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| v. | § | **CRIMINAL NO. B-18-592** |
| **STEVEN JOSEPH CHRISTOPHER** | § | |

## ORDER

The Court finds that defendant, Steven Joseph Christopher, is presently suffering from a mental disease or defect that renders him mentally incompetent to stand trial.

Therefore, pursuant to Title 18 U.S.C. 4241(d), it is hereby ORDERED that defendant, Steven Joseph Christopher, be committed to the custody of the Attorney General who shall hospitalize the defendant for treatment in a suitable facility for a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future defendant will attain the capacity to permit the proceedings to go forward.

It is further ORDERED, that the facility director shall prepare and send a report to the Court concerning the mental condition of Steven Joseph Christopher with recommendations concerning the need for his continued commitment. The facility director shall submit an original report to United States District Judge Rolando Olvera, 600 E. Harrison Street, #305, Brownsville, Texas, 78520, with copies to Defendant's attorney, Nat C. Perez, Jr. 847 E. Harrison Street, Brownsville, Texas, and to the attorney for the government, Israel Cano III, 600 E. Harrison Street, #201, Brownsville, Texas 78520.

Signed on this the 11th day of October, 2018

Rolando Olvera
United States District Judge