UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | CRIMINAL NO. B-18-592 |
| **STEVEN JOSEPH CHRISTOPHER** | § | |

## MOTION TO DISMISS INDICTMENT

The United States of America, by and through Acting United States Attorney Jennifer B. Lowery, files this motion pursuant to Rule 48(a), Federal Rules of Criminal Procedure, to dismiss the indictment because defendant died on December 10, 2021 at the Federal Medical Center Butner, located in Butner, North Carolina. See BOP Inmate Locator (search by Register No. 09624-043), available at https://www.bop.gov/inmateloc/.

Respectfully submitted,

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

  /S/ ISRAEL CANO III
ISRAEL CANO III
Assistant United States Attorney
Fed. Bar No.   582027
State Bar No. 24038044
600 E. Harrison # 201
Brownsville, Texas 78520
(956) 548-2554 – Tel
(956) 548-2711 – Fax